Entered: October 20th, 2021
Signed: October 19th, 2021
SO ORDERED



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| In re:<br><br>SHANNON N. FITZGERALD,<br><br>Debtor. | Case Number: 21-10567-MCR<br>(Chapter 7) |
| SHANNON N. FITZGERALD,<br><br>Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, LLC, *et al.*,<br><br>Defendants. | Adversary Number: 21-00063-MCR |

### ORDER DISMISSING COMPLAINT, STAYING PROCEEDING AND PROVIDING OTHER RELIEF

On March 11, 2021, Plaintiff Shannon N. Fitzgerald (the "Plaintiff") filed a Complaint [Dkt. No. 1], which requests that the Court determine her debts to Defendant Navient Solutions, LLC ("Navient") and Defendant United States Department of Education (the "DOE"; together with Navient, the "Defendants") are dischargeable under Section 523(a)(8) of the Bankruptcy Code. On July 1, 2021, the Plaintiff filed her Second Amended Complaint [Dkt. No. 30] (the

"Complaint"), which also requests that the Court determine her debts to the Defendants are dischargeable under Section 523(a)(8) of the Bankruptcy Code.

On July 16, 2021, Navient filed its Answer to Plaintiff's Second Amended Complaint [Dkt. No. 30].

On September 7, 2021, the DOE filed its Motion to Dismiss and Memorandum of Law [Dkt. No. 52] (the "Motion to Dismiss"), which requests dismissal of the Complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).  On September 29, 2021, the Plaintiff filed a response to the Motion to Dismiss [Dkt. No. 59], and on October 13, 2021, the DOE filed a reply in support of its Motion to Dismiss [Dkt. No. 61].

On October 19, 2021, the Court held a hearing on the Motion to Dismiss.

Upon consideration of the foregoing, for the reasons stated at the October 19, 2021 hearing, and with the consent of the Plaintiff and the Defendants, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, the Complaint is dismissed; and it is further

ORDERED, this adversary proceeding shall not be closed and shall be stayed until the Court orders otherwise; and it is further

ORDERED, the Court will hold a status conference on **December 20, 2021 at 2:00 p.m.**; and it is further

ORDERED, after the status conference, the Court will extend the stay of this adversary proceeding, will reinstate the Complaint at the Plaintiff's option if the Plaintiff makes an oral or written motion to reinstate the case,[1] and/or take further action as the Court deems appropriate to ensure that the Plaintiff and the Defendants have ample opportunity to explore

---

[1] If the Court reinstates the Complaint as described in this paragraph, any fee associated therewith will be waived by the Court.

their settlement options; and it is further

ORDERED, the Plaintiff and the Defendants shall file a joint status report by **November 16, 2021**, advising the Court of the status of their settlement discussions; and it is further

ORDERED, the Plaintiff and the Defendants shall file a joint status report by **December 14, 2021**, advising the Court of the status of their settlement discussions.

cc: All Parties
     All Counsel

**END OF ORDER**